NORTHERN DISTRICT, EASTERN DIVISION
219 SOUTH DEARBORN STREET (20TH FLOOR)
CHICAGO, ILLINOIS 60604

Michael W. Dobbins
(CLERK)

Walter Steven Carlos et al. ( Request For ...
(PLAINTIFF'S)           III Article Judge
                        VII Amendment Jury Trial

VS

Sheriff, Thomas Dart (IN HIS INDIVIDUAL AND OFFICIAL CAPACITY)
Cook County Jail
(DEFENDANT'S)

RECEIVED
APR 2 1 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## 42 U.S.C. § 1983 CLASS ACTION CIVIL SUIT

1.) Now comes: Walter Steven Carlos-EL on behalf of his self and every other detainee who has signed this CLASS ACTION CIVIL SUIT (see attachments) and sets forth their claims of "Cruel and Unusual Punishments" and Intentional "Infliction of Emotional Distress" in violation of the Eigth (VIII) Amendment of the United States Constitution, And denied the right to go to church services. violation of (I) Amendment.

2) The Plaintiff's state that on the date of April the 11th, 2008 several detainee's were let out of their cells to get hair cuts in another part of the Jail in Division (5) where said plaintiff's are being detained.

3) The normal policy (under new rules) is for one half of the detainees to be released at a time unless for special reasons such as yard, Recreation, and barber shop, or special events.

4) On Friday (the normal day for hair cuts) April 11, 2008 several of the plaintiff's were let out of their cells for Hair cuts from the upper and lower decks, by officer Corona or Perez.

5) After receiving our hair cuts, we returned to the unit at approximately 12:30 pm.

6) Detainee's/Plaintiff's from upper and lower decks were left in the day room where only one half of the unit is out at a time. One day the upper deck comes out first for three (3) hours on the (7 to 3) shift and three (3) hours on the (3 to 11) shift and the next day the Lower deck comes out first.

(7) The hours range from 7:30 AM to 10:30 AM for one half then the other half from 10:30 AM to 1:30 PM. On the (3) to (11) shift it's usually 3:30 PM to 6:30 PM for whoever comes out first and 6:30 PM to 9:30 PM for whoever comes out second.

(8) Around 1:10 to 1:20 two detainee's, (one from the top half and another from the bottom half) got into an altercation; and everyone else (that had nothing to do with it) was immediately locked down.

(9) Some of the detainee's from the bottom deck who were supposed to come out from 10:30 to 1:30, never got their chance to come out.

10) The two (2) detainee's involved in the alter-cation were removed from the unit after gathering all of their belongings. Several officers were on location after being called by officer Coronaor perez.

11) Since the problem had been resolved, it was safe to return to the normal routine of taking showers, making phone calls, interacting with other detainee's in discussing legal matters, cards, checkers, T.V., and exercise for some, but that never happened.

12) The shift changed and we were not allowed to take showers, enjoy day room activity, eat at the tables when it's our turn, call our loved ones, look at the news and other programs.

13) We asked the officer on the (3-11) shift can we speak to a white shirt, i.e. Serget, Lt. Captain, etc. Lt. Agee came and started swearing at us when we explained to him that we had nothing to do with it and that the two (2) guys were on another deck moving around, watching T.V. etc. until they see the Adjustment Comittee.

14) We asked for grievances, and were denied the grievances and was locked up for the rest of the evening for something we had no part of.

15.) On Saturday, April 12, 2008, clothing change came and we were let out to change uniforms and sheets but were locked right back up immediately after. We stayed locked up all day Sat. April 12, 2008.

16.) We were denied showers, phone calls, day room activity and even medical attention, etc.

17.) April 13, 2008, again we are victimized by this cruel and unusual punishment and we have done nothing wrong.

18.) It's bad enough that we are still being stripped searched on occasions an can no longer take legal books to court with us i.e. (the U.S. Constitution and Dictionary of Legal Terms) but now this added suffering.

19) The Plaintiff's are petitioning the Government for a redress of grievances pursuant to Amendment (I) of the United States Constitution, since we have been denied the right to file grievances on this matter against Sheriff, Thomas Dart and Cook County Jail @ 2600 So. California Ave. Chicago, IL 60608

## "Relief Sought"

We (the Plaintiff's) Walter Steven Carlos-El, Ronnie Daniels et, al. Seek punitive damages in the amount of $120,000, $500.00 for each of the plaintiff's, Nominal Damages in the amount of $10,000 and another $100.000 for pain and suffering. We seek to have an attorney appointed to us and to

proceed as indigent for we have not the income
to pay for the help and assistance that we
need in this matter. We pray that our
request be granted.

Respectfully Submitted

Without Prejudice
Walter Steven Carlos-EL
Walter Steven Carlos-EL

U.C.C. 1-207 U.C.C. 1-103

| Name Print | Sign | And Number |
|---|---|---|
| 1. Walter Steven Carlos-EL | | # 20070082858 |
| 2. Ronnie Daniels | Ronnie Daniels | # 20070064180 |
| 3. ELION SHERIFAJ | Elion | # 2007-009-4387. |
| 4. James Thomas | | 2008 0005904 |
| 5. Albert Santana | Albert Santana | # 2008 0006191 |
| 6. Lee | Lee | 2008 0020822 |
| 7. Charles Maddox | charles maddox | 2007008 8974 |
| 8. George McCaney | george mccaney | 2008 0024224 |
| 9. Israel Torres | Israel Torres | 2007 0085327 |
| 10. Tony McWhite | Tony McWhite | 20070093379 |
| 11. Bruce Bryan | Bruce Bryan | (2008002 1385) 20080021385 |
| 12. anthony cabello | anthony cabello | 2007-0087190 |
| 13. Leroy Isom | Leroy Isom | 2007-6077430 . |
| 14. | | |

Name *Print*        And        Number

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

29.

30.

31.

32.

33.

34.

35.

36.

37.

38

39.

40.