IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION
219 SOUTH DEARBORN STREET (20TH FLOOR)
CHICAGO, ILLINOIS [60604]

MICHAEL W. DOBBINS
(CLERK)

08CV2260
JUDGE GUZMAN
MAG. JUDGE SCHENKIER

REQUEST FOR ARTICLE (III) JUDGE
REQUEST FOR AMENDMENT (VII) JURY TRIAL

**RECEIVED**
APR 2 1 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Walter Steven Carlos-EL, Et, Al.
(PLAINTIFF'S)

-VS-

SHERIFF, THOMAS DART (IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.)
COOK COUNTY JAIL

## 42 U.S.C. §1983 CLASS ACTION CIVIL SUIT
## AMENDED COMPLAINT

Now comes: The Plaintiff's, Walter Steven Carlos-EL, Et, Al. and submits this Amended Complaint.

1.) We are in Division (5) of the Cook County Department of Corrections, i.e., Cook County Jail and have been unjustly deprived of Movement, showers, visits from friends and loved ones, soap, Tooth-paste, Telephone calls, Access to the Law Library, day room activity, and medical attention, plus mail.

2.) Officer Corona could be Officer Perez but it is not affirmed at this point because Officers at times switch name-tags and remove their star numbers as to avoid possible grievances and suits.

3.) As of April 11, 2008 around 1:00pm we have been denied everything mentioned in number (1.), although law-library is during week days.

4.) As of today April 14, 2008, we are still being denied of certain privilages and due rights without justifiable cause.

5.) Detainee Wayne Jones (from the upper deck) of (1-L) in division (5) had returned from an attorney visit and should not have been in the dayroom, but placed back in his cell (upper (41) ) because it was the lower deck's time to be out.

6.) This alleged orders have come from the Superintendent who never came and told us why we were being punished for what two other detainees did.

7.) People have become depressed, angry, sad argumentive with their cell-mates because of

this cruel and unusual punishment.

8.) We are asking for a directed verdict and immediate relief.

9.) These acts are unconstitutional and we are at our breaking point.

## RELIEF SOUGHT

We seek a directed verdict in the matter; to have the amount awarded in the original complaint $230,000.00 total; and to be let off of lock down for something we had no part of.

We pray that our request be granted.

Respectfully Submitted

Without Prejudice
Walter Steven Carlos-El, Et, al.
Walter Steven Carlos-El, Et, AL.

U.C.C. 1-207  U.C.C. 1-103