IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT, EASTERN DIVISION
219 SOUTH DEARBORN STREET (20TH FLOOR)
CHICAGO, ILLINOIS [60604]

MICHAEL W. DOBBINS
(CLERK)

CASE NUMBER:
_____
(SUPPLIED BY CLERK)

REQUEST FOR ARTICLE (III) JUDGE
AND AMENDMENT (VII) JURY TRIAL

FILED
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Walter Steven Carlos-El, Et, Al.
(PLAINTIFFS)

-vs-

Sheriff, Thomas Dart (IN HIS INDIVIDUAL AND OFFICIAL CAPACITY)
Cook County Jail
(DEFENDANTS)

42 U.S.C. §1983, CLASS ACTION CIVIL SUIT

"LETTER TO THE CLERK"

1.) Now comes: The Plaintiff, Walter Steven Carlos-El, Et, Al., and states that all participants in this "CLASS ACTION CIVIL SUIT" were unable to sign because as of today April 14, 2008 around 8:00 PM, we are still locked down without justification.

2.) The names were acquired by two workers who were let out so the officers wouldn't have to carry the

trays themselves. These workers got as many names as they could before being locked back up.

3.) This is the Fourth (4th) day of this cruel and unusual punishment. Four (4) days without, showers, Phone calls, movement, law library, medical attention, Religious Services, visits from friends and loved ones, etc.

4.) I, Walter Steven Carlos-El am unable to make copies because of the lack of movement and access to the law library.

5.) When ever we are given our rights back, I will submit another Amended Complaint with the rest of the plaintiff's names.

Respectfully Submitted

Without Prejudice & In Full Life
Walter Steven Carlos-El, et, al.
Walter Steven Carlos-El, Et, AL.

U.C.C. 1-207   U.C.C. 1-103