IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION
219 SOUTH DEARBORN STREET (20TH FLOOR)
CHICAGO, ILLINOIS [60604]

(1 OF 2)

MICHAEL W. DOBBINS
(CLERK)

08CV2260
JUDGE GUZMAN
MAG. JUDGE SCHENKIER

C (SUPPLIED BY CLERK)

{Request for Article III Judge}
(And VII Amendment Jury Trial)

Walter Steven Carlos-El, et, al.
(PLAINTIFF'S)

**FILED**
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

-VS-

Sheriff, Thomas Dart, (IN HIS INDIVIDUAL AND OFFICIAL CAPACITY)
Cook County Jail
(DEFENDANT'S)

42 U.S.C. §1983, Class Act.

## COVER LETTER

Now comes: Walter Steven Carlos-El, et, al. and submits this cover letter to the Clerk of the United States District Court giving notice of the elements of the body of the attached Complaint to wit: "42 U.S.C. §1983 Class Action Civil Suit, to be stamped, filed and placed on the docket to be heard. The Plaintiff's have stated there claims within.

Respectfully Submitted

Without Prejudice & In Full Life
Walter Steven Carlos-El et, al.
Walter Steven Carlos-El, et, al.

U.C.C. 1-207   U.C.C. 1-103

Amended Complaint will be submitted in the Future.