IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION
PRISONER CORRESPONDENCE
219 SOUTH DEARBORN STREET (20TH FLOOR)
CHICAGO, ILLINOIS 60604

(1 OF 4)

MHN

MICHAEL W. DOBBINS          Cause No: 08 C 2260
   (CLERK)

              Judge: Ronald GUZMAN
              Magistrate, Judge Schenkier

Walter Steven Carlos et, al.

                                    FILED
                                    APR 3 0 2008
         - VS -                     4-30-2008
                                    MICHAEL W. DOBBINS
                                    CLERK, U.S. DISTRICT COURT

Sheriff, Thomas Dart
Cook County Jail

                    SECOND AMENDED COMPLAINT

    42 U.S.C. §1983 CLASS ACTION
    CIVIL SUIT, AMENDED COMPLAINT

1) Now comes: The Plaintiff's (Walter Steven Carlos) et, al. and submits this amended complaint along with the other names of the other plaintiff's who has suffered from the cruel and unusual punishment being inflicted upon said plaintiff's who are detained at Cook County Jail @ 2600 So. California Ave. Chicago, Illinois 60608.

2) The Plaintiff's state that two (2) detainee's got into an altercation and we were placed on locked down as of April 11, 2008 around 12:30 pm or 1:00 pm until April 16, 2008

3) We the Plaintiff's do state that during the time of said lock down, we were denied the opportunity to attend religious services, we were denied soap and toothpaste, we were denied showers, we were denied visits except from immediate family members, we were denied access to the Law Library making it impossible to make copies of legal documents and delaying the opportunity to do legal research, we were denied usage of pay phones to contact attorney's, family members, friends, loved ones and as of today (April 23, 2008), we still have not been able to use the phones since April 11, 2008, while other Tiers have access to their phones. We also have been denied medical attention.

4) Plaintiff Walter Steven Carlos-EL states that because of such conditions being imposed upon him against his will (for no valid reason) that he was taken to Cermak Health Services of Cook County @ 2800 So. California Ave, Chicago, IL. 60608 on April 20, 2008 to be treated for staphylococus.

5) Plaintiff submits exhibits to support his propositions, i.e.

a copy of his Appointment Card for his daily packing change which resulted from a large painful boil on plaintiff's left thigh and a copy of the prescription.

6.) Plaintiff Walter Steven Carlos was seen by Dr. Pelgez on April 30, 2008

7) Plaintiff Walter Steven Carlos has been prescribed Clindamycin HCL CAP 300 MG, Motrin 600 mg, and daily packing change.

8) Plaintiff Walter Steven Carlos states that his Staphylococus infection is a direct result of not being able to wash properly due to the malicious lock down

9) Said detainee's who got into an altercation on April 11, 2008, were removed from the Tier (1-4) the same day and sent to other units that were not on lock down, and Plaintiffs states that said lock down was unjust since the problem had been removed that day April 11, 2008.

10) Plaintiff Walter Steven Carlos states that another Amended complaint may be needed as certain plaintiff's have suffered from lack of medical attention.

# "RELIEF SOUGHT"

The Plaintiff's are requesting monetary compensation in the amount of $500.00 for each individual plaintiff for pain and suffering and the violation of said plaintiff's Constitutional Rights and Human Rights.

Plaintiff Walter Steven Carlos is requesting and praying that he be granted an additional 5,000.00 for picking up a staphylococus infection due to said conditions and that an additional $200,000.00 be awarded for court cost, filing fees, Attorney's and others who may have gotten sick due to said conditions.

Respectfully Submitted

Without Prejudice & In Full Life
Walter Steven Carlos - EJ
Walter Steven Carlos, et, al.

U.C.C. 1-207   U.C.C. 1-103

April 15, 2008

| Print | Sign | Number |
|---|---|---|
| Melvin Mixon | Melvin Mixon | 2007-008-0042 |
| Anthony Speight | anthony Speight | 2008-002-4226 |
| Anthony SHEPARD aka (Duane Shepard) | anthony Shepard | 20070093951 |
| Aaron Lovelady | Aaron Lovelady | 20080006766 |
| Javier Dominguez | Javier Dominguez | 20080024255 |
| Darnell Verser | Darnell Verser | 20080016584 |
| Robert L. Shaw Sr. | Robert Shaw Sr. | 20070071179 |
| Maurice Lake | Maurice Lake | 20080081294 |
| Vadil Ellis | Vadil Ellis | 20080014266 |
| Phillip Hughey | Phillip Hughey | 20080018054 |
| Nisavic Slavko | Nisavic Slavko | 20070089888 |
| Edward Arnold | Edward Arnold | 2008-0019969 |
| Frank Rawls | Frank Rawls | 20080024248 |
| Larry Parrish | Larry Parrish | 20080014003 |
| Jose Ortiz | Jose Ortiz | 20070034176 |
| Frank Williams | Frank Williams | 20080025779 |
| Derrick Owens | Derrick Owens | 20070047859 |
| Jimmy Washington | Jimmy Washington | 20080027113 |
| Percy Brown | Percy Brown | 20080018611 |
| Tirnell Williams | Tirnell Williams | 20080019704 |
| Eugene Anderson | Eugene Anderson | 20080019266 |

(Exhibit A)

CERMAK HEALTH SERVICES
OF COOK COUNTY
2800 South California Avenue
Chicago, Illinois 60608

CCDOC#: 2007-0082858
PATIENT'S NAME: CARLOS, WALTER
DATE OF BIRTH: 12-14-63
LOCATION: 5-L-1

Return for daily
packing change until
healing per Dr Perez
4-21- Cermak E.R.
8.00 pm

This is your Appointment Card for Cermak Health Services. It must be presented to the Health Provider every time you come for sick call or for clinic appointment. If lost, your treatment will be delayed until your record is checked and a new card is issued.

851.12

(Exhibit B)

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

**Prescription Order**
Nursing / CMT / Dialysis Copy    4/20/8

Patient: Carlos Walter    ID# 07-0082858    Date: 4/20/8
Problem:    Location: 5    Weight:    Date of Birth: 12-14-67
Order (Physician's Signature after last order)    Allergy:

Rx
- Clindamycin 300mg po q6h x 5 dy
- Motrin 600mg po BID x 4 dy
- daily pack change

Blood
Patient
indicates
pus [?]

DEA / Illinois Lic.#    Physician - PRINT    Time:    Med/Surg [ ]
                                              Form 853.01    MHS [ ]