**FILED** HHW
APR 3 0 2008 aew
4-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Walter Steven Carlos, et al
_____
Plaintiff

v.

Thomas Dart, Cook County Jail
_____
Defendant(s)

CASE NUMBER 08C 2260

JUDGE Ronald Guzman

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Walter Steven Carlos, et al., declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # 20070087858 Name of prison or jail: Cook County Jail
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount: N/A

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: N/A

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☐Yes ☒No
      Amount N/A Received by N/A

b. ☐ Business, ☐ profession or ☐ other self-employment  ☐ Yes  ☒ No
Amount _____N/A_____ Received by _____N/A_____

c. ☐ Rent payments, ☐ interest or ☐ dividends  ☐ Yes  ☒ No
Amount _____N/A_____ Received by _____N/A_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes  ☒ No
Amount _____N/A_____ Received by _____N/A_____

e. ☐ Gifts or ☐ inheritances  ☐ Yes  ☒ No
Amount _____N/A_____ Received by _____N/A_____

f. ☐ Any other sources (state source: _____)  ☐ Yes  ☒ No
Amount _____N/A_____ Received by _____N/A_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐ Yes  ☒ No  Total amount: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☒ No
Property: _____N/A_____ Current Value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐ Yes  ☒ No
Address of property: _____N/A_____
Type of property: _____N/A_____ Current value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____
Amount of monthly mortgage or loan payments: _____N/A_____
Name of person making payments: _____N/A_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes  ☒ No
Property: _____N/A_____
Current value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____N/A_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: April 24, 2008

*without prejudice.*
Walter Steven Carlos-El
UCC ~207 Signature of Applicant  UCC 1-103

Walter Steven Carlos-El
(Print Name)

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by <u>each institution</u> where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Walter Steven Carlos, I.D.# 200700928858, has the sum of $ ⊗ on account to his/her credit at (name of institution) ⊗.
I further certify that the applicant has the following securities to his/her credit: ⊗. I further certify that during the past six months the applicant's average monthly deposit was $ ⊗.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

April 24, 2008
DATE

Institution Refused To Sign
SIGNATURE OF AUTHORIZED OFFICER

Institution Refused To Sign
(Print name)

rev. 7/18/02

-3-



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

**PRISONER CORRESPONDENCE**
312-435-5794

April 21, 2008

Walter Steven Carlos
#2007-0082858
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Carlos:

We hereby inform you that your cause entitled:

**WALTER STEVEN CARLOS -vs- THOMAS DART, etc., et al.**

has been assigned case number: **08C 2260**

and to:

**JUDGE RONALD GUZMAN**
who will rule on your petition.

**MAGISTRATE JUDGE SCHENKIER**
is the designated magistrate for your case.

Please indicate your assigned case number on all future documents/correspondence submitted to this court regarding the above case. **Furthermore, you must keep the court informed (in writing) of your current address throughout the pendency of your case.** Failure to do so may result in dismissal of your case for want of prosecution.

In the future, if you wish to receive acknowledgment of filing(s), you must submit an <u>original</u> document, a <u>copy for the judge</u> and <u>one additional copy</u> of each document to this court. The additional copy will be returned to you stamped "Received". The exception to this rule is when an amended petition/complaint is submitted. When submitting an amended petition/complaint, you must also submit service copies. We hope this information will assist you in the future.

Sincerely,

Prisoner Correspondent