# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RONALD A. GUZMÁN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2260 | **DATE** | 5/29/08 |
| **CASE TITLE** | Walter Steven Carlos-El, et al. v. Sheriff Thomas Dart, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to proceed *in forma pauperis* [#9] is stricken. The i.f.p. application is not certified by a correctional official and does not include a trust account statement showing the plaintiff's income for the period spanning from October 21, 2007, to April 21, 2008. On the court's own motion, the plaintiff is granted an additional thirty days from the date of this order to file a properly completed i.f.p. application [or, in the alternative, to pay the full statutory filing fee of $350.00]. The clerk is directed to mail the plaintiff another *in forma pauperis* petition. Failure to comply within thirty days of the date of this order will result in denial of leave to proceed *in forma pauperis* and summary dismissal of this case.

■ [**Docketing to mail notices.**]

mjm