1c

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION
PRISONER CORRESPONDENCE
219 SOUTH DEARBORN STREET (20TH FLOOR)
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
(CLERK)

JUDGE: Ronald A. Guzman
CASE NO: 08 C 2260

Walter Steven Carlos-EL, et al.

- vs -

Sheriff Thomas Dart
Cook County Department Of Corrections

RECEIVED
JUN 1 6 2008
6-16-2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AMENDED COMPLAINT, 42 U.S.C. §1983 CLASS ACTION CIVIL SUIT

1) Now comes: Plaintiff, Walter Steven Carlos-EL and submits this "Amended Complaint" through the clerk of the U.S. District Ct, to the Honorable Judge Ronald A. Guzman and prays that said complaint be accepted PRIMA FACIE.

2) Plaintiff, Walter Steven Carlos-EL states that On April 11, 2008, two (2) detainee's got into a slight altercation and everyone was locked up

afterwards, to control the situation. Within a time frame of approximately 15 to 20 minutes, said detainees were removed (and their belongings) from the Unit, i.e; I-L of Division (5) of the Cook County Department of Corrections.

3.) Since the problem had been solved, there was no need to keep the rest of the Unit (I-L) Locked up.

4.) The plaintiff states that the Unit and all detainees were Locked down for a period of (6) six days.

5.) Plaintiff, Walter Steven Carlos-EL states that he (along with other detainees) were denied the opportunity (Constitutional Right) to attend Religious Services; denied soap and toothpaste; denied showers; denied access to the Law Library (further delaying proper litigation in the circuit courts through motions, appeals, etc); denied phone usage (for three (3) weeks); denied visits from friends and loved one/s except for immediately related family members; and denied medical attention.

6.) Plaintiff states, the results of such wanton Conduct on the part of Cook County Department Of Corrections, Sheriff Thomas Dart and others

was the direct cause of plaintiff Walter Steven Carlos-El acquiring a "Staph" infection in his left thigh.

7.) Plaintiff complained of a swelling in his leg, on or about the 17th or 18th of April and was later taken to Cermak Health Services on April 20, 2008 and treated for Staphylococus.

8.) Plaintiff states that he has already submitted exhibits to support his propositions however is unable to submit them again due to the packing change card being retrieved by Medical Technicians

9) Plaintiff States that he was seen by Dr. Pelaez on April 20, 2008.

10) Plaintiff States that Detainee, Ronnie Daniels #20070064180 @ Cook County Department of Corrections (Div-5) (1-L) has "Full Blown AIDS" and that his life was put in Jeopardy because of said Wanton Conduct without any justifiable Cause.

11) Ronnie Daniels will be receiving an address change and will be residing at 4345 W. Monroe St.

Chicago IL. 60624

## RELIEF SOUGHT

The Plaintiff's are seeking compensatory and Punitive Damages for Ronnie Daniels, totaling in the amount of $150,000.00 and any attorney's fees and $50,000.00 total for Walter Steven Carlos-EL and any attorney's fees necessary for litigating said cause.

Where-upon the Plaintiff's Walter Steven Carlos-EL & Ronnie Daniels prays that the relief sought herein be granted by direct verdict based upon law and fact.

Respectfully Submitted

Without Prejudice & In Full Life
Walter Steven Carlos-EL
Walter Steven Carlos-EL

U.C.C. 1-207    U.C.C. 1-103