AC

(1 OF 1)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION
PRISONER CORRESPONDENCE
219 S. DEARBORN STREET (20TH FLOOR)
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
(CLERK)

JUDGE: RONALD A. GUZMAN

CASE NO: 08 C 2260

Walter Steven Carlos-El et, al

-vs-

Sheriff Thomas Dart
Cook County Department Of Corrections

**FILED**

JUN 1 6 2008 MB
6-16-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COVER LETTER

Now comes: The petitioner, Walter Steven Carlos-El and submits this "Cover Letter" to be submitted to the Courts petaining to plaintiff's I.F.P. form, (6) Month Transaction Report, and Amended Complaint.

Respectfully Submitted

Without Prejudice & In Full Life
Walter Steven Carlos-El
Walter Steven Carlos-El

U.C.C. 1-207   U.C.C. 1-103