IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT EASTERN DIVISION
PRISONER CORRESPONDENCE
219 SOUTH DEARBORN STREET (20TH FLOOR)
CHICAGO ILLINOIS 60604

MICHAEL W. DOBBINS
(CLERK)

JUDGE: RONALD A. GUZMAN
CASE NO: 08 C 2260

Walter Steven Carlos-EL, et al

- vs -

Sheriff Thomas Dart
Cook County Department Of Corrections

F I L E D
JUN 1 6 2008
6-16-2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

Now comes: The plaintiff, Walter Steven Carlos-EL and submits this "Notice of filing" to the Clerk of the U.S. District containing Plaintiff's "Cover Letter", "I.F.P. form and (6) month Transaction Report by a certified Correctional Officer from the month of November when said plaintiff entered into custody of Cook County Department Of Corrections up until the month of April. Said Transaction Report is all that the Certified Officer will issue. Plaintiff also submits an amended complaint correctly naming the Defendant Cook County Jail as "Cook County Department Of Corrections".

(2 of 2)

Plaintiff further states that he has been delayed in obtaining an up-to-date Transaction Report Due to the nature of the cause.

Respectfully Submitted

Without Prejudice + In Full Life
Walter Steven Carlos- El
Walter Steven Carlos- El

U.C.C. 1-207   U.C.C. 1-103

Plaintiff request (if possible) that need copies be made or that one copy be made and returned to the plaintiff so that he can make copies when the copier gets repaired here.
Thank-You Very Much!!!