

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Walter Steven Carlos-El

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Thomas Dart,
Cook County Department OF
Corrections,

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08 C 2260 [Judge: Ronald A. Guzman]
(To be supplied by the Clerk of this Court)

THIRD
AMENDED COMPLAINT

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Walter Steven Carlos-El

B. List all aliases: N/A

C. Prisoner identification number: 2007-0082858

D. Place of present confinement: Cook County Department Of Corrections

E. Address: 2700 So. California Ave. Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Thomas Dart

Title: Sheriff

Place of Employment: 2600 So. California Ave.

B. Defendant: Cook County Department Of Corrections

Title: Cook County Jail or D.O.C.

Place of Employment: 2700 So. California Ave.

C. Defendant: ___

Title: ___

Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Walter Steven Carlos-El, v. City Of Chicago, et al.  No. 07 CV 5914

B. Approximate date of filing lawsuit: September 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A
   N/A

D. List all defendants: City Of Chicago, Det. Muhney; Officer Gill; Officer Moazun; Officer Robinson; Officer Holmes;

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District, Eastern Division

F. Name of judge to whom case was assigned: Honorable Rebecca R. Pallmeyer

G. Basic claim made: False Arrest, Unlawful Search and Seizure, Malicious Prosecution

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending.

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I (The Plaintiff), Walter Steven Carlos-El, do hereby attest to the truth, the whole truth and nothing but the truth (under penalties of perjury) to the Statement of Facts contained herein. On April 11, 2008 Two detainee's got into an altercation, and after securing the Unit, ie (1-L in Div-5) said detainee's were promptly removed from said Unit (2-L). I (along with other detainees) were subjected to the unecessary wanton Conduct of Sheriff Thomas Dart and the Cook County Department Of Corrections from April 11, 2008 until April 16, 2008. Such Gross Neglect and Reckless Disregard consisted of the following Actions ... (1) Denial of our first Amended Right to practice or Attend Religious Services; (2) Denial of Basic hygene products, ie, Soap, tooth paste; (3) Denied access to the public Law Library thereby denying us access to the

4                                                             Revised 9/2007

courts; (4) Denied Pay Phone usage, (that lasted for (3) weeks); (5) Denied visits from Loved ones and friends, except for immediate family members; (6) Denied the Right to take showers; and (7) Denied Medical Attention. I, the Plaintiff, (Walter Steven Carlos-Eh) as a direct Result of the lock down, acquired a staphylocous infection and was not taken to cermak health Services until April 20, 2008. On April 20, 2008, I was seen by Dr. Pelaez who treated the acquired infection. I was given Clindamycin HcL, 300 MG caps, and 600 mg Motrin plus a prescription for daily packing change. Plaintiff further states that he was returned to Div-5 on March 06, 2008 from Stroger Hospital after having undergone a major opperation (with open wounds) and was forced to sleep on the floor because he could not climb up on the top bunk. Said operation occured on March 04, 2008.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I, (the plaintiff) Walter Steven Carlos-EL am seeking $125,000.00, (One hundred Twenty Five Thousand Dollars) for pain and suffering and any attorney fees that may be needed upon Court's appointment of Counsel, I am also seeking Counsel as requested in the I.F.P. form I filled out.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 2nd day of July, 2008

_without prejudice_
Walter Steven Carlos-EL   U.C.C. 1-207   U.C.C. 1-103
(Signature of plaintiff or plaintiffs)

Walter Steven Carlos-EL
(Print name)

2007-0082858
(I.D. Number)

P.O. Box 089002
Chicago, IL. 60608
(Div-5)(Z-L)
(Address)